**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| **DAVID L. STOCKMAN,** | **Case No. 4:26-cv-11482** |
| Defendant & Counter-Plaintiff, | |
| | **Hon. Shalina D. Kumar** |
| v. | **(Referral: Hon. Elizabeth A. Stafford)** |
| | |
| **NEOGENOMICS LABORATORIES, INC.,** | |
| Plaintiff & Counter-Defendant, | |
| | |
| and | |
| | |
| **MICHIGAN HEALTH CLINICS, P.C.,** | |
| Defendant. | |

---

### DEFENDANT DAVID L. STOCKMAN'S MOTION FOR ISSUANCE OF SUBPOENA DUCES TECUM TO CLERK OF SAGINAW COUNTY CIRCUIT COURT

Defendant David L. Stockman, M.D., appearing pro se, respectfully moves this Honorable Court for an order authorizing the issuance of a Subpoena Duces Tecum to the Clerk of the Saginaw County Circuit Court for production of the complete case file in the underlying state court action (Case No. 23-002346-CB). In support of this Motion, Defendant states as follows:

### I. BACKGROUND AND NEED FOR THE COMPLETE RECORD

Defendant has been litigating this matter in state court since 2023. However, Defendant was never properly served with the original Complaint filed on October 30, 2023. Plaintiff later attempted to add Defendant as a party via an Amended Complaint filed in September 2024, but Defendant was never served with that pleading either. On July 25, 2025, the state court granted Defendant's motion to dismiss all claims against him personally. After that dismissal, Plaintiff obtained only limited leave to re-plead one count, but never filed or served any Second Amended Complaint, and no proof of service was ever filed.

Defendant does not have the complete state court record. There is no proof of service on file for any pleading that properly added or re-added him as a defendant. This creates fundamental questions about whether Defendant was ever properly joined and served — issues directly relevant to Plaintiff's pending Motion to Remand and Defendant's snap-removal and timeliness arguments.

### II. RELIEF REQUESTED

Defendant therefore requests that this Court:

A. Authorize and direct the Clerk of this Court (or permit Defendant) to issue the attached Subpoena Duces Tecum to the Clerk of the Saginaw County Circuit Court for production of the complete case file in Case No. 23-002346-CB, including the full Register of Actions, all pleadings, orders, proofs of service, hearing records, and any other materials comprising the official court file;

B. Defer ruling on Plaintiff's Motion to Remand until the complete state court record has been produced and Defendant has had a reasonable opportunity to review it and supplement his opposition; and

C. Grant such other and further relief as the Court deems just and proper.

## III. CONCLUSION

For the foregoing reasons, Defendant respectfully requests that this Honorable Court grant this Motion and authorize issuance of the attached Subpoena Duces Tecum.

Dated: June 24, 2026

Respectfully submitted,

/s/ David L. Stockman, M.D.
**David L. Stockman, M.D.**
Defendant & Counter-Plaintiff, Pro Se
3871 Fortune Boulevard
Saginaw, MI 48603
Tel: (989) 341-3017 | Email: dstockma4@icloud.com

### CERTIFICATE OF SERVICE

I hereby certify that on June ___, 2026, I caused a true and correct copy of the foregoing Motion, together with the attached proposed Subpoena Duces Tecum (Exhibit A), to be served upon all counsel of record via email and first-class United States Mail:

**Daniel J. Martin, Esq. (P67848)**
Balch & Bingham LLP
1901 Sixth Avenue North, Suite 1500
Birmingham, AL 35203
Email: dmartin@balch.com

/s/ David L. Stockman, M.D.
David L. Stockman, M.D.

**EXHIBIT A:** Proposed Subpoena Duces Tecum to Clerk of the Saginaw County Circuit Court

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

**DAVID L. STOCKMAN,**
Defendant & Counter-Plaintiff,

v.

**NEOGENOMICS LABORATORIES, INC.,**
Plaintiff & Counter-Defendant,

and

**MICHIGAN HEALTH CLINICS, P.C.,**
Defendant.

**Case No. 4:26-cv-11482**

**Hon. Shalina D. Kumar**
**(Referral: Hon. Elizabeth A. Stafford)**

---

**PROPOSED ORDER GRANTING DEFENDANT'S MOTION FOR ISSUANCE OF**
**SUBPOENA DUCES TECUM**

This matter having come before the Court upon Defendant David L. Stockman, M.D.'s Motion for Issuance of Subpoena Duces Tecum to the Clerk of the Saginaw County Circuit Court, and the Court being otherwise fully advised in the premises;

IT IS HEREBY ORDERED that Defendant's Motion is GRANTED.

IT IS FURTHER ORDERED that Defendant is authorized to issue the Subpoena Duces Tecum attached to the Motion as Exhibit A, directed to the Clerk of the Saginaw County Circuit Court, 111 S. Michigan Avenue, Saginaw, MI 48602, for production of the complete case file in Saginaw County Circuit Court Case No. 23-002346-CB, including the full Register of Actions, all pleadings, amended complaints, answers, counterclaims, motions, orders, judgments, proofs of service, hearing notices, transcripts or recordings, exhibits, and any other documents or materials comprising the official court record.

IT IS FURTHER ORDERED that production shall be made in electronic format (searchable PDF) if available, or by certified copies, no later than fourteen (14) days from the date of service of the Subpoena, or such other date as the parties may agree or the Court may order.

IT IS FURTHER ORDERED that Plaintiff's Motion to Remand (ECF No. 6) is hereby STAYED pending production of the complete state court record and Defendant's opportunity to review the same and supplement his opposition, if necessary.

IT IS FURTHER ORDERED that Defendant's contemporaneously filed Motion to Strike Scandalous, Impertinent, and Prejudicial Matter shall be ruled upon prior to any ruling on Plaintiff's Motion to Remand.

IT IS SO ORDERED.


Dated: _____


_____
**Shalina D. Kumar**
United States District Judge


*Certificate of Service*

I certify that on June ___, 2026, I served a copy of this Proposed Order upon counsel for Plaintiff via email and first-class U.S. Mail.

/s/ David L. Stockman, M.D.
David L. Stockman, M.D.

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

**DAVID L. STOCKMAN,**
Defendant & Counter-Plaintiff,

v.

**NEOGENOMICS LABORATORIES, INC.,**
Plaintiff & Counter-Defendant,

and

**MICHIGAN HEALTH CLINICS, P.C.,**
Defendant.

**Case No. 4:26-cv-11482**

**Hon. Shalina D. Kumar**
**(Referral: Hon. Elizabeth A. Stafford)**

---

**SUBPOENA DUCES TECUM**

**TO: CLERK OF THE SAGINAW COUNTY CIRCUIT COURT**

TO: Clerk of the Saginaw County Circuit Court

111 S. Michigan Avenue

Saginaw, MI 48602

YOU ARE HEREBY COMMANDED, pursuant to Federal Rule of Civil Procedure 45, to produce and permit inspection and copying of the following documents and things in your possession, custody, or control:

**COMPLETE CASE FILE** for Saginaw County Circuit Court Case No. **23-002346-CB** (Neogenomics Laboratories, Inc. v. Michigan Health Clinics, P.C. and David L. Stockman, M.D.), including but not limited to:

- The complete Register of Actions / Docket Sheet from the date of filing through the present;

- All pleadings, complaints, amended complaints, answers, counterclaims, motions, briefs, and responses filed in the case;

- All orders, opinions, and judgments entered by the Court, including all orders regarding default, dismissal, leave to amend, and any other dispositive or procedural rulings;

- All proofs of service, affidavits of service, and certificates of service filed in the case, or any indication that no proof of service was filed;

- All hearing notices, scheduling orders, and notices of hearing;

Page 1

Case No. 4:26-cv-11482 | Subpoena Duces Tecum

• Any transcripts, recordings, or minutes of hearings held in the case;

• All exhibits, attachments, and appendices filed with any pleading or motion;

• Any correspondence, emails, or communications between the Court and the parties or their counsel regarding the case file;

• Any other documents, records, or materials comprising the official court file for Case No. 23-002346-CB.

Production shall be made in electronic format (searchable PDF) if available, or by providing certified copies of the complete file. Production may be made by email, secure file transfer, or delivery to the address below. If the complete file is voluminous, production of the Register of Actions together with electronic copies of all pleadings and orders is acceptable, provided the entire official record is produced.

Production shall be made no later than **5:00 p.m. on July 08, 2026** at the following address or by electronic means:

David L. Stockman, M.D.

3871 Fortune Boulevard

Saginaw, MI 48603

Email: dstockma4@icloud.com

This subpoena is issued in accordance with Federal Rule of Civil Procedure 45. You are advised that you have the right to object to this subpoena pursuant to Rule 45(d)(2)(B). Any objection must be served on the undersigned within 14 days after service of this subpoena or before the time specified for compliance, whichever is earlier.

ISSUED this _____ day of _____, 2026.

_____

**Clerk of Court** (or Deputy Clerk)
United States District Court
Eastern District of Michigan
Southern Division

**Attorney or Pro Se Party Issuing Subpoena:**

Case No. 4:26-cv-11482 | Subpoena Duces Tecum

David L. Stockman, M.D.
Pro Se Defendant & Counter-Plaintiff
3871 Fortune Boulevard
Saginaw, MI 48603
Telephone: (989) 341-3017
Email: dstockma4@icloud.com

## CERTIFICATE OF SERVICE

I hereby certify that on June ___, 2026, I caused a true and correct copy of the foregoing Subpoena

Duces Tecum to be served upon the Clerk of the Saginaw County Circuit Court by certified U.S. Mail,

return receipt requested, and by email to the Court's designated email address for such requests.


/s/ David L. Stockman, M.D.
David L. Stockman, M.D.